UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br><br>V.<br><br>ONE 1998 CADILLAC DEVILLE,<br>VIN 1G6KD54YXWU721893, WITH ALL<br>ATTACHMENTS THEREON, et al.,<br>DEFENDANTS. | : CASE NO. 1:00-cv-688<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CONSENT JUDGMENT AND DECREE OF FORFEITURE

The United States filed a verified Complaint for Forfeiture in Rem on August 22, 2000. This is a civil forfeiture action in rem brought to enforce 18 U.S.C. § 981(a)(1)(A), which provides for the forfeiture to the United States of:

> Any property, real or personal, involved in a transaction or attempted transaction in violation of section 1956, 1957 or 1960 of this title, or any property traceable to such property.

A Warrant of Arrest in Rem issued by this Court on August 23, 2000, directed the United States Marshals Service to arrest the defendants. The Warrant required any person or entity claiming an interest in the defendants to file a verified claim, that is a statement of interest or right against the defendants, with the Clerk of the Court within thirty (30) days after receipt of actual or public notice of this action and arrest and to file an answer within twenty (20) days after the filing of the claim. The Warrant further required the plaintiff to publish notice of the arrest of the defendants and the forfeiture action in a newspaper of general circulation in the Southern District of Ohio.

On September 5, 2000, the United States Marshals Service arrested the defendants, bringing them within the jurisdiction of the Court.

On September 7, 2000, the United States Marshals Service sent notice of this civil forfeiture action by certified mail to Paul M. LaLonde as Trustee of PML Irrevocable Trust, and a receipt of delivery was returned.

On September 16, 2000, the United States Marshals Service sent notice of this civil forfeiture action by certified mail to Donald Christensen, and a receipt of delivery was returned.

The United States published notice of this civil forfeiture action in the <u>Cincinnati Court Index</u>, a newspaper of general circulation in the Southern District of Ohio.

On October 6, 2000, Paul M. LaLonde as Trustee of PML Irrevocable Trust filed a Claim to the defendants and on October 18, 2000, filed an Answer to the United States' Complaint.

On January 16, 2001, this Court granted a default judgment against Donald Christensen and all other persons and entities, other than PML Irrevocable Trust, having an interest in the defendants.

On March 17, 2003, the Court approved an Interlocutory Sale Agreement permitting the United States Marshals Service to sell the defendant vehicles. The United States Marshals Service filed a return with this Court indicating the net proceeds amount from each vehicle.

In his Plea Agreement (CR-1-02-168, Doc. 54), Paul M. LaLonde acknowledged that he is the sole owner of the defendants and agreed to forfeit the following property to the United States:

    a.    Three thousand seven hundred twenty-eight dollars and eleven cents ($3,728.11) in lieu of a 1998 Cadillac Deville, VIN 1G6KD54YXWU721893;

  b. Three thousand five hundred eight dollars and sixty-one cents ($3,508.61) in lieu of a 1998 Cadillac Catera, VIN W06VR52R7WR168146; and

  c. Sixty-five dollars and ten cents ($65.10) in lieu of a 1997 Lincoln Town Car, VIN 1LNLM81W0VY741790.

because the defendants were involved in transactions or attempted transactions in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i), 1956(a)(1)(B)(i) (money laundering), and/or 1957 using the proceeds of specified unlawful activity, that is one or more violations of 18 U.S.C. § 1341 (mail fraud), § 1343 (wire fraud), § 1344 (bank fraud), and/or § 2314 (transportation of stolen moneys).

Upon the forfeiture of the defendants, the United States will seek restoration of the property, so that it may be applied to an order of restitution entered by the Court. Paul M. LaLonde understands that restoration of forfeited property is subject to the approval of the United States Department of Justice. If restoration of the forfeited property is granted, the United States will direct the United States Marshals Service to return the restored funds to victims in accordance with an order of restitution.

Therefore, it is hereby ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the defendants is CONDEMNED and FORFEITED to the United States pursuant to 18 U.S.C. § 981(a)(1)(A). All right, title, and interest in the defendants is vested in the United States of America and no right, title, or interest shall exist in any other person or entity.

The United States Marshals Service shall dispose of the defendants in accordance with

the law.

> GREGORY G. LOCKHART
> United States Attorney
>
> _/s/ Kathleen M. Brinkman_
> KATHLEEN M. BRINKMAN (0016269)
> Assistant United States Attorney
> 221 East Fourth Street, Suite 400
> Cincinnati, Ohio 45202
> (513) 684-3711
> Fax: (513) 684-6385
> Kathleen.Brinkman@usdoj.gov
>
>
> _/s/ Paul M. LaLonde_
> PAUL M. LALONDE
> Individually and on behalf of
> "PML IRREVOCABLE TRUST"
>
> _/s/ Hal R. Arenstein_
> HAL R. ARENSTEIN (0009999)
> Attorney for Paul M. LaLonde and
> "PML Irrevocable Trust"
> Arenstein & Gallagher
> The Citadel
> 114 East Eighth Street
> Cincinnati, Ohio 45202
> (513) 651-5666

SO ORDERED:

_/s/ Susan J. Dlott_
SUSAN J. DLOTT
United States District Judge